Yoyart *v.* Rubinosky et ux., Appellants.

Argued April 24, 1970. Before BELL, C. J., COHEN, EAGEN, O'BRIEN, ROBERTS and POMEROY, JJ.

*John P. Yatsko,* for appellants.

*Herman H. Yaffee,* with him *Randolph A. Warden,* for appellee.

OPINION PER CURIAM, October 9, 1970:
Decree affirmed.  Appellants to bear costs.
Mr. Justice JONES took no part in the consideration or decision of this case.